**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis Coleman Muellner
Melissa Dawn Muellner,
Debtors.

BKY No. 22-50132–WJF
Chapter 13

## NOTICE OF HEARING AND MOTION TO APPROVE MODIFIED PLAN

TO: The Debtors; US Trustee; Chapter 13 Trustee; and creditors and parties in interest.

1. The Debtors, by the undersigned attorney, move the court for approval of the modified plan dated July 16, 2026.

2. The court will hold a hearing on this motion at 9:00 a.m. on Thursday, August 20, 2026. The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher’s public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. Any objection to this modified plan must be filed and served not later than Thursday, August 13, 2026 which is 7 days before the time set for the hearing including Saturdays, Sundays and holidays. UNLESS AN OBJECTION TO THE PLAN IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. Sec 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. The petition commencing this Chapter 13 case was filed. This case is now pending in this court.

5. The plan is being modified to cure plan payment arrears over the remainder of the plan.

Dated: July 16, 2026

**Prescott, Pearson & Tande, P.A.**

/s/ Matthew M. Tande
Matthew M. Tande, Atty Reg. No. 388339
443 Old Highway 8 NW, Suite 208
New Brighton, MN 55112
Telephone: (651) 633-2757
Attorneys for Debtor

**VERIFICATION**

Dennis Coleman Muellner and Melissa Dawn Muellner, the Debtors named in the Notice of Hearing and Motion to Approve Modified Plan, declare under penalty of perjury that the information therein contained is true and correct to the best of our knowledge, information, and belief.

Dated: 7/17/2026

Signed: ______________________
Dennis Coleman Muellner, Debtor

Signed: ______________________
Melissa Dawn Muellner, Debtor

Local Form 3015-1
REVISED 09/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
**Dennis Coleman Muellner**
**Melissa Dawn Muellner**

Case No. **22-50132**
CHAPTER 13 PLAN ☑ Modified
Dated **July 16, 2026**

Debtor.
*In a joint case, "debtor" means "debtors" in this plan.*

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE: The debtor must check the appropriate boxes below to indicate whether the plan does or does not include each of the following items:**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 6 or 14 | ☐ Included | ☑ Not included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 14<br><br>**IDENTIFY ALL AFFECTED SECURITY INTEREST HOLDERS OR LIENHOLDERS:** | ☐ Included | ☑ Not included |
| 1.3 | Nonstandard provisions, set out in Part 15 | ☑ Included | ☐ Not included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE: The initial plan payment is due not later than 30 days after the order for relief, unless the court orders otherwise.**

2.1 As of the date of this plan, the debtor has paid the trustee $**64,559.50** (including balance on hand of $**0.00**).
2.2 After the date of this plan, the debtor will pay the trustee $**19,849.50**.

| Plan payment | Start MM/YYYY | End MM/YYYY | # of payments | Total |
|---|---|---|---|---|
| **$1,568.00** | **08/2026** | **03/2027** | **8** | **$12,544.00** |
| | | | | |
| | | | PART 2.2 SUBTOTAL: | **$12,544.00** |

2.3 The minimum plan length is ☐ 36 months or ☑ 60 months from the date of the initial plan payment unless all allowed unsecured claims are paid in a shorter time.
2.4 The debtor will also pay the trustee **$914.00 for 7 months beginning August, 2026, followed by $907.50 for 1 month to cure prior and current plan payment arrears (including July 2026 payment) of $7,305.50 .**
2.5 The debtor will pay the trustee a total of $ **84,409.00** [lines 2.1 + 2.2 + 2.4].
2.6 If the debtor is required to file a tax return under applicable nonbankruptcy law, the debtor will file with appropriate tax authorities all returns and provide the trustee a copy of each filed return within 14 days of filing. The debtor will treat tax refunds as follows: **The debtors shall send the Trustee each year during the Chapter 13 Plan copies of their federal and state income tax returns at the time they are filed. The debtors shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case. Joint debtors shall be entitled to retain the first $2,000 of refunds plus any earned income credit (EIC) plus any Minnesota Working Family credit. Any remaining amounts shall be turned over to the Chapter 13 plan as additional plan payment** .

**Part 3. PAYMENTS BY TRUSTEE AND TRUSTEE'S FEES:** Prior to confirmation of the plan, the trustee will pay from available funds payments designated as Adequate Protection ("Adq. Pro.") under Parts 6 and 7 to creditors with claims secured by personal property. All other funds will be disbursed by the trustee following confirmation of the plan as soon as is practicable. The trustee will pay from available funds only to creditors for which proofs of claim have been filed. The trustee is not required to retain funds for any claim for which a proof of claim has not been timely filed and may disburse those funds to other claimants. The trustee may collect a fee of up to 10% of plan payments, or $ **8,440.90** [line 2.5 x .10]. If relief from the automatic stay is ordered as to any item of collateral listed in the plan, then, unless otherwise ordered by the court, all payments by the trustee as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

**Part 4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]:** The debtor assumes the following executory contracts or unexpired leases. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 5.

Local Form 3015-1
REVISED 09/2025

| | Creditor | Description of Property |
|---|---|---|
| | -NONE- | |

**Part 5. MAINTENANCE OF PAYMENTS AND CURE OF DEFAULT, IF ANY (§ 1322(b)(5)):** The debtor will maintain the current contractual installment payments on the claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be paid directly by the debtor unless otherwise specified below. The trustee will pay the arrearage amount listed in the proof of claim at the interest rate specified below, unless otherwise ordered by the court. The creditors will retain liens. All following entries are estimates, except for interest rate.

| | Creditor | Description of property | Arrears amount (if any) | Interest rate on arrears (if any) | Beginning in MM/YY | Monthly payment | # of pay-ment s | Remaining arrears payments | + *amount paid to date by trustee (mod. plan only)* | Total trustee arrears payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 5.1 | | | | | | | | | | |
| | | | Current installment payment | | Disbursed by: | | Remaining trustee installment payments | | + *amount paid to date by trustee (mod. plan only)* | Total trustee installment payments |
| | | | | | ☐ Debtor ☐ Trustee | | | | | |
| | | | | | | | | | TOTAL: | $0.00 |

**Part 6. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)):** The trustee will pay the amount set forth in the "Total payments" column below on the following secured claims if a proof of claim is filed and allowed. Notwithstanding a creditor's proof of claim filed before or after confirmation, if the plan has been served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, the amount listed in the secured claim amount column binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim, unless otherwise ordered by the court. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with Fed. R. Bankr. P. 3012(c) controls over any contrary amount. Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i). Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12.

| | Creditor | Est. claim amount | Secured claim amount | Int. rate | Adq. Pro. (Check) | Begin-ning in MM/YY | Monthly payment | # of payments | Remaining payments | +*amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | | | | | | |
| | | | | | | | | | | TOTAL: | $0.00 |

**Part 7. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value):** The trustee will pay the amount of the allowed secured claim listed in the proof of claim, unless otherwise ordered by the court, at the interest rate set forth below. Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12. **All following entries are estimates, except for interest rate.** Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i).

| | Creditor | Est. secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | +*amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 7.1 | BRIDGECREST | $15,195.00 | 5.50 | ☑ | PAID | | | $ | $16,490.80 | $18,340.39 |
| | | | | | | $616.53 | 3 | $1,849.59 | | |
| 7.2 | REGIONAL ACCEPTANCE CORP | $32,675.00 | 5.50 | ☑ | PAID | | | $ | $35,532.69 | $39,700.77 |
| | | | | | | $1,491.91 | 3 | $4,168.08 | | |
| | | | | | | | | | TOTAL: | $58,041.16 |

Local Form 3015-1
REVISED 09/2025

**Part 8. PRIORITY CLAIMS UNDER § 507(a)(2) THROUGH (a)(10):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| 8.1 | Attorney Fees | $3,200.00 | 08/2026 | $36.79 | 1 | $36.79 | $3,136.21 | $3,200.00 |
| 8.2 | INTERNAL REVENUE SERVICE | $0.00 | | $0.00 | | $ | $ | $0.00 |
| 8.3 | MN DEPT OF REVENUE | $2,804.42 | 08/2026 | Pro Rata | | $1554.43 | $1,249.99 | $2,804.42 |
| 8.4 | Attorney's Fees (prior mod) | $797.25 | 09/2026 | $39.11 | 1 | $39.11 | $758.14 | $797.25 |
| 8.5 | Attorney's Fees (prior mod) | $795.00 | 10/2026 | $47.03 | 1 | $47.03 | $747.97 | $795.00 |
| 8.6 | Attorney's Fees (prior mod) | $798.64 | 11/2026 | $50.98 | 1 | $50.98 | $747.66 | $798.64 |
| 8.7 | Attorney's Fees (07/26 Mod) | $750.00 | 08/2026 | Pro rata | | $750.00 | $ | $750.00 |
| | | | | | | | TOTAL | $9,145.31 |

**Part 9. DOMESTIC SUPPORT OBLIGATION CLAIMS UNDER § 507(a)(1):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | | |
| | | | | | | | TOTAL | $0.00 |

**Part 10. SEPARATE CLASSES OF UNSECURED CLAIMS:** In addition to the classes of unsecured claims specified in Part 11 and Part 12, there shall be separate classes of nonpriority unsecured claims including the following. The trustee will pay the nonpriority amount. listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates, except for interest rate.**

| | Creditor | Unsecured claim amount | Interest rate (if any) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | | | |
| | | | | | | | | TOTAL | $0.00 |

**Part 11. TIMELY FILED UNSECURED CLAIMS:** The trustee will pay holders of allowed nonpriority unsecured claims for which proofs of claim were timely filed the remaining funds received by the trustee and not paid under Parts 3, 5, 6, 7, 8, 9, and 10 on a pro rata basis. **All following entries are estimates.**

| | |
|---|---|
| Estimated nonpriority unsecured claims held by creditors listed in Parts 6, 7, and 14 | $0.00 |
| + Total estimated nonpriority and not separately classified unsecured claims (excludes Parts 6, 7, 10, and 14 unsecured claims) | $156,670.77 |
| = Total estimated nonpriority and not separately classified unsecured claims (excludes Part 10 claims) | $156,670.77 |
| Projected percentage payment to unsecured claims (excludes Part 10 claims) | 30.00 |

| | |
|---|---|
| Estimated remaining payments | $8,781.63 |
| *+ amount paid to date by trustee (mod. plan only)* | |
| = TOTAL estimated payments | $8,781.63 |

**Part 12. TARDILY-FILED UNSECURED CLAIMS:** All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee

under Parts 3, 5, 6, 7, 8, 9, 10, and 11, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed. Tardily-filed claims remain subject to objection pursuant to 11 U.S.C. § 502(b)(9).

**Part 13. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under 11 U.S.C §§ 362(a) and 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| | Creditor | Description of property<br>*(including complete legal description of real property)* |
|---|---|---|
| | **-NONE-** | |

**Part 14. LIEN AVOIDANCE:** The judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor would have been entitled under 11 U.S.C. § 522(b). If the plan has been properly served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the order confirming the plan, unless otherwise ordered by the court. The amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 11 or Part 12, to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid in full as a secured claim under the Part 6 or Part 7. See 11 U.S.C. § 522(f) and Fed. R. Bankr. P. 3012(b) and 4003(d). *Insert additional tables for each lien.*

| **Information regarding judicial lien or security interest** | | **Calculation of lien avoidance** | | **Extent of exemption impairment (check one)** |
|---|---|---|---|---|
| Creditor: | **-NONE-** | a. Amount of lien | | Line f is equal to or greater than line a. The entire lien is avoided. The amount of the unsecured claim is (line a): $ |
| Collateral: | | b. Amount of all other liens | | |
| Lien identification (such as judgment date, date of lien recording, book and page number) | | c. Value of claimed exemptions | | Line f is less than line a. A portion of the lien is avoided. The amount of secured claim after avoidance (line a minus line f): $. The amount of the unsecured claim is (line f): $. |
| | | d. Total of adding lines a, b, and c | | |
| | | e. Value of debtor's interest | | |
| | | f. Subtract line e from line d. | | |

**Part 15. NONSTANDARD PROVISIONS:** The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in Fed. R. Bankr. P. 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void.

| | |
|---|---|
| **15.1** | **SURRENDER and RELIEF FROM STAY: Upon the granting of relief from the automatic stay, the trustee shall cease payments on account of the secured portion of the applicable claim. In the event of the granting of relief from the automatic stay, surrender, foreclosure, repossession, or return of any collateral to any secured creditor listed in parts 4, 5, 6, 7, 8, 9, 10, or 13 for any reason, the trustee shall pay any deficiency as a general unsecured claim upon amendment of the applicable claim. Any alleged balance of any claim to such creditor shall be discharged upon the debtor(s) receiving a discharge in this case.** |
| **15.2** | **APPROVAL NOT REQUIRED TO INCUR POST PETITION DEBT. Approval by the bankruptcy court, or Chapter 13 trustee, shall not be required prior to debtor incurring ordinary consumer debt while this case is pending. Letters of approval will not be provided by the Chapter 13 trustee and one is not needed for debtor to incur post-petition ordinary consumer debt in Minnesota. All parties in interest retain all rights regarding the treatment of this debt in future modified plans and motions to confirm such plans.** |
| **15.3** | **Debtors and their attorney authorize and direct that the secured creditors listed in parts 4, 5, 6, 7, 8, and 13 continue sending monthly statements directly to the debtors.** |
| **15.4** | **All student loans shall each be paid its pro-rata share as a nonpriority general unsecured creditor by the trustee.** |

**SUMMARY OF TOTAL ESTIMATED PAYMENTS:**

| Class of payment | | Total payments |
|---|---|---|
| Payments by trustee [Part 3] | $ | **8,440.90** |
| Maintenance of payments and cure of default, if any [Part 5] | $ | **0.00** |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 6] | $ | **0.00** |
| Secured claims excluded from § 506 [Part 7] | $ | **58,041.16** |
| Priority claims [Part 8] | $ | **9,145.31** |
| Domestic support obligation claims [Part 9] | $ | **0.00** |
| Separate classes of unsecured claims [Part 10] | $ | **0.00** |
| Timely filed unsecured claims [Part 11] | $ | **8,781.63** |
| TOTAL (must equal line 2.5) | $ | **84,409.00** |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 15.

Signed: **/s/ Matthew M. Tande**
**Matthew M. Tande 388339**
Attorney for debtor

Signed: **/s/ Dennis Coleman Muellner**
**Dennis Coleman Muellner**
Debtor 1

Signed: **/s/ Melissa Dawn Muellner**
**Melissa Dawn Muellner**
Debtor 2 (if joint case)

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dennis Coleman Muellner** |
| Debtor 2 (Spouse, if filing) | **Melissa Dawn Muellner** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (If known) | **22-50132** |

Check if this is:

☐ An amended filing

■ A supplement showing postpetition chapter 13 income as of the following date:
**7/16/2026**
MM / DD/ YYYY

# Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | **RN** | |
| **Employer's name** | | **Mankato Clinic** |
| **Employer's address** | | **Mankato, MN** |
| **How long employed there?** | | **6 months** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **0.00** | $ **3,519.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **0.00** | $ **3,519.00** |

Debtor 1 **Dennis Coleman Muellner**
Debtor 2 **Melissa Dawn Muellner**

Case number (*if known*) **22-50132**

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | | $ 3,519.00 |
| 5. | **List all payroll deductions:** | | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | | $ 378.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | | $ 211.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | | $ 126.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | | $ 0.00 |
| 5h. | **Other deductions.** Specify: **Medical Flex account** | 5h.+ | $ 0.00 | + | $ 217.00 |
| | **life and disability** | | $ 0.00 | | $ 6.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | | $ 938.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | | $ 2,581.00 |
| 8. | **List all other income regularly received:** | | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **Medical leave** | 8f. | $ 3,845.00 | | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 3,845.00 | | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9. 10. $ 3,845.00 + $ 2,581.00 = $ 6,426.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies 12. $ 6,426.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain: **He is out of work on paid medical leave as shown here.**

**Fill in this information to identify your case:**

Debtor 1 **Dennis Coleman Muellner**

Debtor 2 (Spouse, if filing) **Melissa Dawn Muellner**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (If known) **22-50132**

Check if this is:

☐ An amended filing

■ A supplement showing postpetition chapter 13 expenses as of the following date:

**7/16/2026**
MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2. ■ Yes. Fill out this information for each dependent.............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 21 | ☐ No ■ Yes |
| Daughter | 23 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,600.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |

Debtor 1 **Dennis Coleman Muellner**
Debtor 2 **Melissa Dawn Muellner**
Case number (if known) **22-50132**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **400.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **225.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **595.00** |
| | 6d. Other. Specify: **Streaming** | 6d. $ | **30.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **750.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **150.00** |
| 10. | **Personal care products and services** | 10. $ | **150.00** |
| 11. | **Medical and dental expenses** | 11. $ | **200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **288.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **370.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **4,858.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **4,858.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **6,426.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **4,858.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **1,568.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

BKY No. 22-50132
Chapter 13

Dennis Coleman Muellner
Melissa Dawn Muellner,

Debtors.

# MEMORANDUM IN SUPPORT OF MOTION TO APPROVE MODIFIED CHAPTER 13 PLAN

1. The Debtors filed a Chapter 13 Petition in bankruptcy on March 29, 2022.

2. The first meeting of creditors was held on May 16, 2022, and the plan was confirmed on October 19, 2022.

3. 11 U.S.C. § 1329(a) provides that "[a]t any time after confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon the request of the Debtor, the trustee, or the holder of an allowed unsecured claim, to—(1) increase or reduce the amount of payments on claims of a particular class provided for by the plan . . ."

4. 11 U.S.C. § 1329(b)(2) provides that "[t]he plan as modified becomes the plan unless, after notice and a hearing, such modification is disapproved."

5. In the present case the debtors are requesting that the plan is modified to cure plan payment arrears over the remainder of the plan.

6. Therefore, for the above reasons, debtors request that the court grant the motion.

Dated: July 16, 2026

**Prescott, Pearson & Tande, P.A.**

/s/ Matthew M. Tande
Matthew M. Tande, Atty Reg. No. 388339
443 Old Highway 8 NW, Suite 208
New Brighton, MN 55112
Telephone: (651) 633-2757
Attorneys for Debtor

DISTRICT OF MINNESOTA
UNITED STATES BANKRUPTCY COURT

---

In re:

Dennis Coleman Muellner
Melissa Dawn Muellner

Debtor(s) Bky Case No: 22-50132
Chapter 13

UNSWORN DECLARATION OF SERVICE

---

Janet Kedrowski, an employee of Prescott Pearson & Tande, PA, attorneys licensed to practice law in this court, with office address of 443 Old Highway 8 Northwest Suite 208, P.O. Box 120088, New Brighton, Minnesota 55112, declares that on July 20, 2026, she served the annexed Notice of Hearing to Approve Modified Plan, Memorandum in Support and Modified Chapter 13 Plan upon each of the entities named below by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at New Brighton, Minnesota, addressed to each of them as follows:

---

SEE ATTACHED

---

and delivered to each entity below by way of electronic transmission by the United States Bankruptcy Court CM/ECF:

Kyle Carlson, Trustee
Office of the US Trustee

---

And she declares under penalty of perjury, that the foregoing is true and correct.

Executed: July 20, 2026

/e/ Janet Kedrowski

Janet Kedrowski

ADVANTAGE ON BEHALF OF
DEPT OF EDUCTAION LOAN SERV
PO BOX 300001
GREENVILLE TX 75403

AIDVANTGAGE
ON BEHALF OF DEPT OF ED
PO BOX 9635
WILKES-BARRE PA 18773-9635

ASCENDIUM EDUCATION
PO BOX 8961
MADISON WI 53708-8961

ASCENDIUM EDUCATION SOLUTIONS
38 BUTTONWOOD COURT
MADISON WI 53718-2156

ASPEN DENTAL
NATIONAL RECOVERY AGENCY
PO BOX 67015
HARRISBURG PA 17106

ATLAS ACQUISITIONS LLC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

AUTOVEST LLC
ATTN BANKRUPTCY
26261 EVERGREEN RD STE 390
SOUTHFIELD MI 48076-4447

BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634

BLUE CROSS BLUE SHEILD MN
PO BOX 64560
ST PAUL MN 55164

BRIDGECREST
7300 E HAMPTON AVE #100
MESA AZ 85209

BRIDGECREST ACCEPTANCE CORP
AIS PORTFOLIO SERVICES
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

BRIDGECREST ACCEPTANCE CORP
AIS PORTFOLIO
PO BOX 4138
HOUSTON TX 77210-4138

BRIDGECREST CREDIT CO
PO BOX 29018
PHOENIX AZ 85038

CALVARY SPV I, LLC
CITIBANK BEST BUY
500 SUMMIT LAKE DRIVE #400
VALHALLA NY 10595-1340

CALVARY SPV I, LLC
PO BOX 4252
GREENWICH CT 06831-0405

CAPITAL COMMUNITY BANK
LENDY, LLC
105 SUGAR CAMP CIRCLE
DAYTON OH 45409

CHARTER COMMUNICATIONS
SOUTHWEST CREDIT
4120 INTL PKWY #100
CARROLLTON TX 75007

COLORADO TECHNICAL UNIVERSITY
FBCS INC
330 S WARMINISTER RD #353
HATBORO PA 19040

COMCAST COMMUNICATIONS
WAYPOINT RESOURCE GROUP
301 SUNDANCE PARKWAY
ROUND ROCK TX 78681

COX COMMUNICATIONS
WAYPOINT RESOURCE GROUP
301 SUNDANCE PARKWAY
ROUND ROCK TX 78681

DENNIS C MUELLNER
MELISSA D MUELLNER
302 - 8TH AVE NE
MAPLETON MN 56065

DEPARTMENT OF EDUCATION NELNET
ATTN: BANKRUPTCY
PO BOX 82561
LINCOLN NE 68501

DISCOVER
PO BOX 6105
CAROL STREAM IL 60197-6105

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

ECMC
PO BOX 16408
ST PAUL MN 55116-0408

ESSENTIA HEALTH
PO BOX 1123
MINNEAPOLIS MN 55440-1123

EVERSMILES PED DENTISTRY PLLC
4419 AIR BASE RD
HERMANTOWN MN 55811

EVERSMILES PEDIATRIC DENTISTRY
C/O JAMES ROBERTS, ATTORNEY
5280 - 15TH AVE SE
ST CLOUD MN 56304-9592

FINGERHUT
ATTN: BANKRUPTCY
6250 RIDGEWOOD ROAD
SAINT CLOUD MN 56303

FINWISE RISE
ATTENTION BANKRUPTCY
PO BOX 679900
DALLAS TX 75267

FIRST INVESTORS SVC CORP
3065 AKERS MILL RD #700
ATLANTA GA 30339

FIRST PREMIER BANK
ATTN: BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117

GENESIS CREDIT CELTIC BANK
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON OR 97076

GRAND CANYON UNIVERSITY
3300 W CAMELBACK RD
PHOENIX AZ 85017-3030

GRAND CANYON UNIVERSITY
ATTN OFFICE OF GENERAL COUNSEL
PO BOX 11097
PHOENIX AZ 85061-1097

GURSTEL LAW FIRM, PC
6681 COUNTRY CLUB DR
GOLDEN VALLEY MN 55427

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JAMES ROBERTS
ATTORNEY AT LAW
5280 - 15TH AVE SE
ST CLOUD MN 56304-9592

JD RECEIVABLES LLC
PO BOX 382656
GERMANTOWN TN 38183-2656

JEFFERSON CAPITAL SYSTEMS
PO BOX 7999
ST CLOUD MN 56302-7999

KAY JEWELERS
LAKSIDE RECEIVABLES LLC
PO BOX 834
LOCKPORT NY 14094

LENDLY CCBANK
3280 N UNIVERSITY AVE
PROVO UT 84604

LVNV FUNDING
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MESSERLI & KRAMER PA
3033 CAMPUS DR STE 250
PLYMOUTH MN 55441

MN DEPT OF REVENUE
551 BKY SECTION CEU DEPT
PO BOX 64447
ST PAUL MN 55164

MN POWER
PO BOX 77065
MPLS MN 55480

NAVIENT SOLUTIONS INC
ATTN: BANKRUPTCY
P.O. BOX 9500
WILKES-BARRE PA 18773

NETCREDIT
ATTN: BANKRUPTCY
175 W JACKSON BLVD STE 1000
CHICAGO IL 60604

NORTHERN ORAL MAXILLO
RANGE CREDIT BUREAU, INC.
PO BOX 706
HIBBING MN 55746

NRS CAPITAL
6681 COUNTRY CLUB DR
GOLDEN VALLEY MN 55427-4601

OLEN RESIDENTIAL REALTY
1060 CORAL RIDGE DR
CORAL SPRINGS FL 33071-4119

OLEN RESIDENTIAL REALTY
4535 W SAHARA AVE #105-219
LAS VEGAS NV 89102-3625

PINK DOGWOOD 13 LLC
PO BOX 1931
BURLINGAME CA 94011-1931

PINNACLE SERVICE SOLUTIONS
4408 MILESTRIP ROAD #247
BLASDELL NY 14219-2553

PORTFOLIO RECOVERY
PO BOX 41067
NORFOLK VA 23541-1067

PORTFOLIO RECOVERY ASSOCI LLC
CAPITAL ONE BANK USA
120 CORPORATE BLVD
NORFOLK VA 23502-4952

PREMIER BANKCARD LLC
C/O JEFFERSON CAPITAL SYSTEMS
PO BOX 7999
ST CLOUD MN 56302-7999

QUANTUM3 GROUP LLC
AS AGENT FOR SADINO FUNDING
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC
AS AGENT FOR BLUESTEAM SCUSA
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC
AS AGENT FOR GENESIS FS CARD
PO BOX 788
KIRKLAND WA 98083-0788

RAPID CASHING
AD ASTRA RECOVERY
7330 WEST 33RD ST N #118
WICHITA KS 67205

REGIONAL ACCEPTANCE CORP
1424 E FIRETOWER RD
GREENVILLE SC 27858

REGIONAL ACCEPTANCE CORP
PO BOX 30220
LANSING MI 48909

REGIONAL ACCEPTANCE CORP
3601 MINNESOTA DR #214
BLOOMINGON MN 55435

REGIONAL ACCEPTANCE CORP
PO BOX 1847
WILSON NC 27894-1847

RESURGENT CAPITAL SERVICES
CREDIT ONE BANK
PO BOX 10497
GREENVILLE SC 29603

RPM
RECEIVABLES PERFORMANCE
PO BOX 1548
LYNNWOOD WA 98046

SECURITY FINANCE
CENTRALIZED BANKRUPTCY
PO BOX 1893
SPARTANBURG SC 29304

SNAP FINANCE
PO BOX 26561
SALT LAKE CITY UT 84126

SOUTHWEST GAS CORP
ATTN BANKRUPTCY DESK
PO BOX 1498
VICTORVILLE CA 92393-1498

SPEEDY/RAPID CASH
PO BOX 780408
WICHITA KS 67278-0408

ST LUKES
IC SYSTEMS INC
PO BOX 64378
ST PAUL MN 55164

T MOBILE
AMERICAN INFOSOURCE
PO BOX 248848
OKLAHOMA CITY OK 73124-8848

TOTAL LOAN SERVICES LLC
ATTN JOHN LANGENDERFER
205 SUGAR CAMP CIRCLE
DAYTON OH 45409-1970

UPSTART FINANCE
ATTN: BANKRUPTCY
PO BOX 1503
SAN CARLOS CA 94070

US DEPARTMENT OF EDUCATION
C/O NELNET
121 S 13TH STREET
LINCOLN NE 68508-1904

USA CASH SERVICES
1752 COMBE RD #1
OGDEN UT 84403

VERIZON
BY AMERICAN INFOSOURCE
PO BOX 4457
HOUSTON TX 77210-4457

VERIZON WIRELESS
ATTN: BANKRUPTCY
500 TECHNOLOGY DR, STE 599
WELDON SPRINGS MO 63304